**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JEFFERY GREEN,**

         **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:09-cv-256-Orl-22DAB**

**ASTRAZENECA PHARMACEUTICALS LP,**

         **Defendant.**

_____

## ORDER

This cause is before the Court on the Motion For Counsel to Withdraw as Attorney (Doc. No. 5) filed on March 5, 2009.

The United States Magistrate Judge has submitted a report recommending that the motion be DENIED, and further recommending that the case be dismissed for failure to prosecute and abandonment of Plaintiff's claim if Plaintiff fails timely to respond to his counsel allowing prosecution of his claim.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 10, 2009 (Doc. No. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion For Counsel to Withdraw as Attorney (Doc. No. 5) is **DENIED**.

3. All of Plaintiff's claims against Defendant are hereby **DISMISSED** without prejudice for failure to prosecute and abandonment of his claim.

4. The Clerk is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 28, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge